IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Civil Action No. 10-cv-02367-PAB-KMT

JAMES BARTLETT,

 Plaintiff,

v.

DOUGLAS COUNTY, CO.;
JUDGE MONICA J. GOMEZ;
CLERK OF THE DOUGLAS COUNTY COMBINED COURT; and
CHARLA BRANHAM, ADA Coordinator for the 18th Judicial District,

 Defendants.

_____

**ORDER DISMISSING CASE**
_____

This matter is before the Court *sua sponte*. On July 14, 2011, the Court issued an order to show cause requiring plaintiff to show cause why this case should not be dismissed for failure to prosecute pursuant to Fed. R. Civ. P. 41 and D.C.COLO.LCivR 41.1. The deadline for a response to the order to show cause was July 26, 2011. Plaintiff has not responded or otherwise demonstrated any intention to continue the prosecution of this case. Therefore, the instant action will be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(b). Rule 41(b) specifically authorizes a district court to dismiss an action for failure to prosecute. *See id.* Although the text of Rule 41(b) requires a defendant's motion to dismiss, "the Rule has long been interpreted to permit courts [as here] to dismiss actions sua sponte for a plaintiff's failure to

prosecute." *Olsen v. Mapes*, 333 F.3d 1199, 1204 n.3 (10th Cir. 2003). Accordingly, it is

    **ORDERED** that the instant action is dismissed pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute.

    DATED July 28, 2011.

                              BY THE COURT:

                              s/Philip A. Brimmer
                              PHILIP A. BRIMMER
                              United States District Judge